**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　Plaintiff,<br><br>　v.<br><br>VH MCKEE, LLC, a California Limited Liability Company; KOSAOL MICHAEL IM<br><br>　　Defendant | **Case:** 5:21-cv-8406-BLF<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants VH McKee, LLC, a California Limited Liability Company and Kosaol Michael Im have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 25, 2022　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff